# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 04/01/2022 10:26 AM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk,Deputy Clerk



22STCV11136

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

**ALDERLAW, PC**
Michael Alder, Esq. (SBN 170381)
Breanna K. Martinez, Esq. (SBN 340261)
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607
Tel: (310) 275-9131
Fax: (310) 275-9132
cmalder@alderlaw.com
bmartinez@alderlaw.com

**TOFER & ASSOCIATES**
Sara Martinez, Esq. (SBN 322655)
707 Wilshire Blvd. 46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500
sara@toferlaw.com

Attorneys for Plaintiff,
LUZ AGUAYO

*Alder Law, P.C.*
*12800 Riverside Drive, 2nd Floor*
*Valley Village, CA 91607*

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| LUZ GABRIELA AGUAYO, an Individual, | CASE NO.: 22STCV11136 |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES** |
| KOLE TRUCKING LLC, a Limited Liability Company, GUY ALLEN RUNYON, an Individual, DENNIS DIETZ, an Individual, and DOES 1 through 25, inclusive, | **1.  NEGLIGENCE** |
| | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

///
///
///
///

1

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Alder Law, P.C.
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

1    COMES NOW Plaintiff, LUZ GABRIELA AGUAYO, an individual, for causes of

2    action against Defendant, KOLE TRUCKING LLC, a limited liability company, Defendant,

3    GUY ALLEN RUNYON, an individual, Defendant, DENNIS DIETZ, an Individual, and

4    DOES 1 through 25, inclusive, allege:

5                                    <u>**PARTIES**</u>

6        1.    Plaintiff LUZ GABRIELA AGUAYO ("AGUAYO" or "PLAINTIFF"), an

7    individual, is and at all times mentioned herein was a resident of the County of Los

8    Angeles, State of California.

9        2.    Plaintiff AGUAYO is informed and believes, and based thereon alleges, that

10   Defendant KOLE TRUCKING LLC ("KOLE" or "DEFENDANT") is a limited liability

11   company registered in the State of North Carolina and doing business in the County of

12   Los Angeles, State of California.

13       3.    Plaintiff AGUAYO is informed and believes, and based thereon alleges, that

14   Defendant GUY ALLEN RUNYON ("RUNYON" or "DEFENDANT") is and at all times

15   mentioned herein was a resident of the County of Hamblen, State of Tennessee.

16       4.    Plaintiff AGUAYO is informed and believes, and based thereon alleges, that

17   Defendant DENNIS DIETZ ("DIETZ" or "DEFENDANT") is and at all times mentioned

18   herein was a resident of County of Harlan, State of Nebraska.

19       5.    Plaintiff AGUAYO is informed and believes, and based thereon alleges, that

20   at all times herein mentioned, Defendant RUNYON was the driver of a 2016 Freightliner

21   Cascadia (Nebraska license number 202846), with a trailer bearing Nebraska license

22   number 266708 ("SUBJECT VEHICLE").

23       6.    Plaintiff AGUAYO is informed and believes, and based thereon alleges,  that

24   at all times relevant hereto Defendant DIETZ was the registered owner of the SUBJECT

25   VEHICLE.

26       7.    At all times relevant hereto, Plaintiff AGUAYO was the driver of a 2016

27   Toyota Corolla (California license number 7ROA444) ("PLAINTIFF VEHICLE").

28   ///

                                    2

8.     The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 25, inclusive, are unknown to Plaintiff AGUAYO who therefore sues said Defendants by such fictitious names. The full extent of the facts linking such fictitiously sued Defendants is unknown to Plaintiff AGUAYO.  Plaintiff AGUAYO is informed and believes, and based thereon alleges, that each of the Defendants designated herein as a DOE was, and is negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby negligently, or in some other actionable manner, legally and proximately caused the hereinafter described injuries and damages to Plaintiff AGUAYO. Plaintiff AGUAYO will hereafter seek leave of the Court to amend this Complaint to show the Defendants' true names and capacities after the same have been ascertained.

9.     Plaintiff AGUAYO is informed and believes, and based thereon alleges, that each of the Defendants designated herein as a DOE was negligent and guilty of the same conduct as the other Defendants, and is responsible in some manner for the events and happenings herein referred to, and that their negligence proximately caused the injuries and damages sustained by Plaintiff AGUAYO as herein alleged, either through such Defendants' own negligent conduct or through the conduct of their agents, servants, and/or employees or due to their ownership, control, rental, use, sale, design, maintenance, repair, construction, manufacture, and/or lease of the SUBJECT VEHICLE by which Plaintiff's injuries were caused, or in some other manner.

10.     Plaintiff AGUAYO is informed and believes, and based thereon alleges, that at all times herein mentioned, each of the Defendants named herein, including each DOE Defendant, was the agent, servant, partner, and/or employee of the remaining Defendants, and was at all such times acting within the purpose and scope of said such agency, service, partnership and/or employment, unless otherwise stated.

**VENUE**

11.     Venue is proper because the place of injury and loss occurred within the County of Los Angeles.

Alder Law, P.C.
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

3

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

12.   Venue is proper because this is a civil action wherein the matter in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of the Court.

### FIRST CAUSE OF ACTION

### NEGLIGENCE

**(By Plaintiffs Against All Defendants, and DOES 1 through 25, Inclusive)**

13.   This lawsuit arises out of an incident that occurred on or about August 8, 2020, at approximately 4:20 p.m. on the SR-60 westbound, approximately 650 feet west of Peck Rd., in the City of South El Monte, County of Los Angeles, State of California ("SUBJECT COLLISION").

14.   Defendant RUNYON was driving the SUBJECT VEHICLE on SR-60 westbound, in between the #4 and #5 lane, at approximately 10 mph, behind and to the left of the PLAINTIFF VEHICLE.

15.   Plaintiff AGUAYO was driving the PLAINTIFF VEHICLE on SR-60 westbound, in the #5 lane, to the front and right of SUBJECT VEHICLE at a slower rate of speed.

16.   Plaintiff AGUAYO began to slow for slowed and/or stopped traffic ahead.

17.   Defendant RUNYON then so carelessly and negligently failed to observe slowing and/or stopping traffic ahead of him and continued driving between the #4 and #5 lane.

18.   Defendant RUNYON then caused the right side of the SUBJECT VEHICLE to collide with the left side of the PLAINTIFF VEHICLE.

19.   At the time of the SUBJECT COLLISION, Defendant RUNYON was driving in violation of section California Vehicle Code §22350, which states in part that "no person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property." Cal. Veh. Code § 22350.

Alder Law, P.C.
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

4

COMPLAINT FOR DAMAGES: DEMAND FOR JURY TRIAL

20.    Defendants KOLE, RUNYON, DIETZ, and DOES 1 through 25, and each of their actions were a substantial factor in causing the SUBJECT COLLISION and injuries to Plaintiff AGUAYO.

21.    Defendant KOLE, RUNYON, DIETZ, and DOES 1 through 25, inclusive, had a duty to exercise reasonable care in driving the SUBJECT VEHICLE, including but not limited to keeping a lookout for other vehicles, controlling the speed and movement of their vehicle, and yielding to slowed and/or stopped traffic ahead. Defendants KOLE, RUNYON, DIETZ, and DOES 1 through 25, inclusive, were negligent in failing to exercise said reasonable care prior to, and at the time of, the SUBJECT COLLISION as described herein.

22.    Defendants KOLE, RUNYON, DIETZ, and DOES 1 through 25, inclusive, had a duty to own, operate, drive, entrust, manage, control, service, repair, inspect, and/or maintain the SUBJECT VEHICLE with the ordinary care and skill necessary to avoid causing harm and/or injury to others such as Plaintiff AGUAYO.

23.    Defendants KOLE, RUNYON, DIETZ, and DOES 1 through 25, inclusive, and each of them, breached said duty when they negligently owned, operated, leased, drove, entrusted, managed, maintained, controlled, serviced, repaired and/or inspected the SUBJECT VEHICLE.

24.    Defendant RUNYON breached said duty when he failed to yield to slowed and/or stopped traffic ahead and caused the SUBJECT COLLISION.

25.    Defendant RUNYON further breached said duty and was negligent per se by operating the SUBJECT VEHICLE in violation of relevant codes and/or statutes, including but not limited to California Vehicle Code §22350.

26.    Plaintiff AGUAYO is a member of the class of persons these Vehicle Code sections were designed to protect and Plaintiff's serious injuries resulted directly from an occurrence which the specified Vehicle Code sections were designed to prevent. California Vehicle Code § 22350 was enacted to protect members of the public, including Plaintiff AGUAYO, against the significant and well-known risk of automobile accidents

Alder Law, P.C.
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

5

1  (including the risk of serious injury and/or death) associated with drivers failing to yield to

2  slowed and/or stopped traffic ahead.

3      27.    Defendants KOLE, RUNYON, DIETZ, and DOES 1 through 25, and each

4  of their breach of their duties to Plaintiff AGUAYO, was a direct, proximate, and legal

5  cause of serious and permanent harm to Plaintiff AGUAYO.

6      28.    As a direct, proximate, and legal result of the negligent, careless, and

7  unlawful conduct of Defendant KOLE, RUNYON, DIETZ, and DOES 1 through 25,

8  inclusive, Plaintiff AGUAYO sustained severe bodily injuries. As a result thereof, Plaintiff

9  AGUAYO has had, and in the future will have, pain and suffering.  By reason of said

10  injuries and consequences, Plaintiff AGUAYO has sustained general and special

11  damages in a sum to be proven at the time of trial.

12      29.    As a direct, proximate, and legal result of the negligent, careless, and

13  unlawful conduct of Defendants KOLE, RUNYON, DIETZ, and DOES 1 through 25,

14  inclusive, and by reason of said injuries and consequences caused by the same, Plaintiff

15  AGUAYO has incurred medical and related expenses, and Plaintiff AGUAYO will require

16  further additional medical and related expenses in the future.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**Alder Law, P.C.**
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

6

1

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff AGUAYO prays for judgment against Defendants KOLE, RUNYON, DIETZ, and DOES 1 through 25, inclusive, as follows:

1.    For general damages according to proof as against all Defendants;

2.    For economic damages according to proof against all Defendants;

4.    For interest as allowed by law;

5.    For costs of the suit incurred herein; and

6.    For such other and further relief as the court deems just and proper.

DATED:  March 31, 2022                    **ALDERLAW, PC**

By:_____
          Michael Alder, Esq.
          Breanna K. Martinez, Esq.
          Attorneys for Plaintiff
          LUZ GABRIELA AGUAYO

**Alder Law, P.C.**
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

7

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

### DEMAND FOR JURY TRIAL

Plaintiff AGUAYO hereby demand, as a matter of right, trial by jury in this case on all causes of action.

DATED:  March 31, 2022

                                     **ALDERLAW, PC**

By: _____
          Michael Alder, Esq.
          Breanna K. Martinez, Esq.
          Attorneys for Plaintiff
          LUZ GABRIELA AGUAYO

**Alder Law, P.C.**
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607