UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-cv-03091-JLS-SK                                                         Date: May 26, 2022
Title:  Luz Gabriela Aguayo v. Kole Trucking LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE NOTICE OF REMOVAL**

  The Court has reviewed the Notice of Removal filed in this action (Doc. 1) and has identified a potential procedural defect: it appears that not all served defendants have joined in the notice of removal.  *See* U.S.C. § 1441(a); *Proctor v. Vishay Intertech. Inc.*, 584 F.3d 1208, 1225 (9th Cir. 2009).
  Additionally, jurisdiction is asserted on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332; as Defendant Kole Trucking LLC is a limited liability company, the Court must consider the citizenship of each of its members.  *See generally Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006).  The citizenship of each of the entity's partners or members has not been sufficiently alleged.
  Accordingly, the Court orders Defendant Kole Trucking LLC to show cause in writing no later than June 3, 2022 why this action should not be remanded in light of these defects.  This deadline shall not extend the time for responding to any motion for remand filed by Plaintiff.  The Court notes that Plaintiff must submit a response within 30 days of the date of removal if the defects are procedural and Plaintiff objects and requests remand.  *See* 28 U.S.C. § 1447(c).  Failure of Defendant to respond by the above date will result in the Court remanding this action to state court.

                       Initials of Deputy Clerk: droj